AO 442 (rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
## District of Montana

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 26-5005MJ |
| V. | ) | |
| | ) | |
| | ) | Case No.:   0977 1:11CR00048-001 |
| Joshua Jacob Best | ) | |
| | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Joshua Jacob Best**, who is accused of an offense or violation based on the following document filed with the court:

☒ Supervised Release Violation Petition

This offense is briefly described as follows:
21:846=CP.F; CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE;
18:924C.F; VIOLENT CRIME/DRUGS/MACHINE GUN

Date: 03/15/2024

_Susan P. Watters_
Susan P. Watters

United States District Judge

City and State: Billings, MT

| Return |
|---|
| This warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____. |
| Date: _____          _____<br>Arresting Officer's Signature<br><br>_____<br>Printed Name and Title |

PROB 12C
Rev 01-17

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MONTANA
### Petition for Warrant for Offender Under Supervision

**Name of Offender:** Joshua Jacob Best      **Docket Number:** 0977 1:11CR00048-001

**Name of Sentencing Judicial Officer:**    THE HONORABLE BRIAN MORRIS
                                            CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/22/2012

**Original Offense:** 21:846=CP.F; CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
                               CONTROLLED SUBSTANCE; 18:924C.F; VIOLENT CRIME/DRUGS/MACHINE
                               GUN

**Original Sentence:**    180 months Bureau of Prisons, to be followed by 60 months supervised release
**Amended Sentence:**    152 months Bureau of Prisons, to be followed by 60 months supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/04/2022

**Assistant U.S. Attorney:** Brendan P. McCarthy
2601 Second Avenue North, Box 3200, Billings, MT 59101, 406-247-4656

**Defense Attorney:** Lisa Bazant
Attorney At Law, PO Box 1832, Billings, MT 59103, 406-696-2197

---

### PETITIONING THE COURT

#### Background

On 03/22/2012, the defendant appeared for sentencing before THE HONORABLE RICHARD F. CEBULL, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 21:846=CP.F; CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE; 18:924C.F; VIOLENT CRIME/DRUGS/MACHINE GUN. The offense involved the defendant possessing and distributing methamphetamine in Billings, Montana. The defendant was held responsible for between 1.5 kilograms, but less than 5 kilograms of methamphetamine, which was a conservative estimate. The defendant was sentenced to 180 months Bureau of Prisons, to be followed by 60 months supervised release.

On 08/10/2015, United States District Judge Brian Morris reduced the defendant's custody term from 180 months to 152 months in compliance with Amendment 782 and 18 U.S.C. 3582(c)(2). The defendant began the current term of supervised release on 03/04/2022.

Since that time, the probation officer believes the offender has violated the following condition(s) of supervision:

Petition for Warrant for Offender Under Supervision
Name of Offender: Joshua Jacob Best
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition:** The defendant shall participate in substance abuse testing, to include not more than 104 urinalysis tests and not more than 104 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer.<br><br>On 09/19/2022, the defendant failed to report for a random substance test at Alternatives, Inc. in Billings. |
| 2 | **Standard Condition:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>On 03/12/2024, the undersigned officer left a voicemail instructing the defendant to report to the probation office on 03/13/2024 at 9 AM. The defendant failed to report as directed and his whereabouts are unknown. |

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

Reviewed                                    Respectfully Submitted

By:                                         By:

_____            _____
Martin Hylland                              Ashley Dietz
Supervising United States Probation Officer United States Probation Officer
Date: 03/14/2024                            Date: 03/14/2024

## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 15th day of March, 2024, and ordered filed **UNDER SEAL** and made a part of the records in the above case.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Petition for Warrant or Summons for Offender Under Supervision shall be unsealed.

Petition for Warrant for Offender Under Supervision
Name of Offender: Joshua Jacob Best
Page 3

Susan P. Watters
United States District Judge

03/15/2024
Date